IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

UNITED STATES OF AMERICA

v.  No. 1:19-CR-021-Y(02)

CHRISTOPHER JAMES REGAN (2)

## GOVERNMENT'S EXHIBIT LIST FOR SUPPRESSION HEARING

|   | | Offered | Admitted |
|---|---|---|---|
| 1. | Consent to Search Form | _____ | _____ |
| 2. | Photographs of Consent Search | _____ | _____ |
| 3. | Recorded Jail Call 1 | _____ | _____ |
| 4. | Recorded Jail Call 2 | _____ | _____ |
| 5. | Transcript of Recorded Jail Call 2 | _____ | _____ |
| 6. | Recorded Jail Call 3 | _____ | _____ |
| 7. | Search and Seizure Warrant | _____ | _____ |
| 8. | Recorded Jail Call 4 | _____ | _____ |
| 8. | Recorded Jail Call 5 | _____ | _____ |

**Christopher James Regan**
**Government's Exhibit's List for Suppression Hearing – 1**

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

s/*Ann Howey*
ANN HOWEY
Assistant United States Attorney
Texas State Bar No. 24032312
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7560
Facsimile:   806-472-7394
E-mail:   ann.howey@usdoj.gov

**Christopher James Regan**
**Government's Exhibit's List for Suppression Hearing – 2**

CERTIFICATE OF SERVICE

On October 1, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the court's electronic case filing system. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Rule 49 of the Federal Rules of Criminal Procedure.

        s/ Ann Howey
        ANN HOWEY
        Assistant United States Attorney