```
1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF TEXAS
2                         ABILENE DIVISION

3   UNITED STATES OF AMERICA       )
                                   )
4   VS.                            )   CAUSE NO. 1:19-CR-021-P-BU-2
                                   )
5   CHRISTOPHER JAMES REGAN        )

6


7       --------------------------------------------------------

8           ARRAIGNMENT and DETENTION HEARING (NOT HELD)
              BEFORE THE HONORABLE E. SCOTT FROST,
9                UNITED STATES MAGISTRATE JUDGE

10                  TUESDAY, MARCH 12, 2019
                         ABILENE, TEXAS
11
        --------------------------------------------------------
12


13
                         A P P E A R A N C E S
14
    FOR THE GOVERNMENT:
15  UNITED STATES ATTORNEY'S OFFICE
    341 PINE STREET, SUITE 201
16  ABILENE, TEXAS 79601
    BY:  JUANITA FIELDEN
17

18  FOR THE DEFENDANT:
    BLIZZARD & ZIMMERMAN
19  ATTORNEYS AT LAW
    441 BUTTERNUT STREET
20  ABILENE, TEXAS 79605
    BY:  JACOB AUSTIN BLIZZARD
21

22


23


24  PROCEEDINGS RECORDED BY DIGITAL SOUND RECORDING; TRANSCRIBED
    BY MECHELLE DANIEL, FEDERAL OFFICIAL COURT REPORTER, 1205 TEXAS
25  AVENUE, LUBBOCK, TEXAS 79401, (806) 744-7667.
```

```
 1                    P R O C E E D I N G S
 2              THE COURT:  Next is Case Number 1:19-CR-021,
 3   United States vs. Christopher James Regan.
 4              MS. FIELDEN:  Juanita Fielden for the government.
 5              MR. BLIZZARD:  Jacob Blizzard for Mr. Regan.
 6              THE COURT:  Thank you, Counsel.
 7              All right, Mr. Regan.  You previously appeared
 8   before me, and at that time, I advised you of your rights,
 9   including your right to remain silent and your right to
10   counsel.  Do you understand you still have those rights?
11              THE DEFENDANT:  Yes, sir.
12              THE COURT:  And you have Mr. Blizzard here with you
13   as your attorney.  Have you had an opportunity to go over the
14   charges in the indictment with him?
15              THE DEFENDANT:  Yes, sir.
16              THE COURT:  Do you understand those charges?
17              THE DEFENDANT:  Yes, sir.
18              THE COURT:  Would you like to have them read again
19   at this time?
20              THE DEFENDANT:  No, sir.
21              THE COURT:  We also went over the potential
22   penalties that you face.  Do you understand those penalties?
23              THE DEFENDANT:  Yes, sir.
24              THE COURT:  Would you like to have them read again?
25              THE DEFENDANT:  No, sir.
```

```
 1                THE COURT:  And based upon your understanding of
 2   the charges and the penalties, how do you plead?  Guilty or not
 3   guilty?
 4                THE DEFENDANT:  Not guilty.
 5                THE COURT:  And your case has been set for trial on
 6   May the 6th.
 7                Anything else we need to take up as far as the
 8   arraignment, Mr. Blizzard?
 9                MR. BLIZZARD:  No, sir.
10                THE COURT:  Ms. Fielden?
11                MS. FIELDEN:  No, Your Honor.
12                THE COURT:  And we're also scheduled today for a
13   detention hearing.  Are we prepared to proceed with that
14   hearing?
15                MS. FIELDEN:  Your Honor, it's the government's
16   position that the detention is moot at this point in time.
17   This morning, I provided defense counsel with a copy of an
18   arrest warrant from Howard County for this defendant for
19   aggravated sexual assault, so he has those charges pending
20   against him.
21                THE COURT:  And, Mr. Blizzard--
22                MR. BLIZZARD:  Judge--
23                THE COURT:  --what is your opinion?
24                MR. BLIZZARD:  Yes, sir.  I did receive a copy of
25   that warrant.  I believe the Court has been provided a copy as
```

1   well.  Speaking with the officers that are here from Howard
2   County, I believe they have got it in the system as a hold on
3   him, so I think that does make the detention moot.
4           Mr. Regan doesn't waive detention.  We'd like to
5   have the detention hearing at such time that he does post bond
6   on that case.
7           THE COURT:  All right, sir.  Yes, based upon this
8   warrant, we will postpone any detention hearing until such time
9   as the state charges have been satisfied and Mr. Regan is not
10  in the custody of Howard County.  In that situation, we will
11  reset it for detention hearing, but until that time, Mr. Regan,
12  you will remain in custody.
13          THE DEFENDANT:  Understood, sir.
14          THE COURT:  All right, sir.  Then you may step
15  down.
16          MR. BLIZZARD:  Thank you, Judge.
17          THE COURT:  Thank you.
18          MR. BLIZZARD:  May I be excused?
19          THE COURT:  Yes.  Thank you.
20          MR. BLIZZARD:  Thank you.
21      (END OF HEARING)

1    I, Mechelle Daniel, Federal Official Court Reporter in and
2  for the United States District Court for the Northern District
   of Texas, do hereby certify that the foregoing is a correct
   transcript to the best of my ability from a digital sound
3  recording of the proceedings in the above-entitled matter.

4

5   /s/ Mechelle Daniel                **DATE**   APRIL 8, 2020

6  MECHELLE DANIEL, CSR #3549
   FEDERAL OFFICIAL COURT REPORTER