```
 1                    UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF TEXAS
 2                          ABILENE DIVISION

 3   UNITED STATES OF AMERICA        )
                                     )
 4   VS.                             )   CAUSE NO. 1:19-CR-021-P-BU-2
                                     )
 5   CHRISTOPHER JAMES REGAN         )

 6

 7       --------------------------------------------------------

 8              ARRAIGNMENT ON SUPERSEDING INDICTMENT
                BEFORE THE HONORABLE HAL R. RAY, JR.,
 9                 UNITED STATES MAGISTRATE JUDGE

10                   WEDNESDAY, JUNE 19, 2019
                           ABILENE, TEXAS
11
         --------------------------------------------------------
12

13
                          A P P E A R A N C E S
14
     FOR THE GOVERNMENT:
15   UNITED STATES ATTORNEY'S OFFICE
     341 PINE STREET, SUITE 201
16   ABILENE, TEXAS 79601
     BY:  JUANITA FIELDEN
17

18   FOR THE DEFENDANT:
     BLIZZARD & ZIMMERMAN
19   ATTORNEYS AT LAW
     441 BUTTERNUT STREET
20   ABILENE, TEXAS 79605
     BY:  MATT ZIMMERMAN
21

22

23

24   PROCEEDINGS RECORDED BY DIGITAL SOUND RECORDING; TRANSCRIBED
     BY MECHELLE DANIEL, FEDERAL OFFICIAL COURT REPORTER, 1205 TEXAS
25   AVENUE, LUBBOCK, TEXAS 79401, (806) 744-7667.
```

```
 1                    P R O C E E D I N G S
 2             THE COURT:  The Court then calls for arraignment
 3   Cause Number 1:19-CR-00021-C-BL-2, United States of America vs.
 4   Christopher James Regan.
 5             MS. FIELDEN:  Juanita Fielden for the government.
 6             MR. ZIMMERMAN:  Good morning, Your Honor.  Matt
 7   Zimmerman for Jacob Blizzard this morning.
 8             THE COURT:  Mr. Zimmerman, are you ready to
 9   proceed?
10             MR. ZIMMERMAN:  We are, Your Honor.
11             THE COURT:  Ms. Fielden, is the United States
12   ready?
13             MS. FIELDEN:  We are, Your Honor.
14             THE COURT:  Is it Mr. Regan?
15             THE DEFENDANT:  Yes, sir.
16             THE COURT:  Mr. Regan, you were previously advised
17   of your rights, including the right to remain silent and the
18   right to counsel.  Do you understand that you still have those
19   rights?
20             THE DEFENDANT:  Yes, sir.
21             THE COURT:  Do you recall receiving a copy of the
22   superseding indictment in this case?
23             THE DEFENDANT:  Yes, sir.
24             THE COURT:  And having the charges read to you--I
25   guess maybe not in the superseding indictment, but you have
```

1  previously had the superseding indictment provided to you, and
2  you have read a copy of the superseding indictment?
3          THE DEFENDANT:  Yes, sir.
4          THE COURT:  You have your attorney, Mr. Zimmerman,
5  who is appearing here today on behalf of Mr. Blizzard.  Have
6  you had an opportunity to discuss the charges that have been
7  brought against you by the grand jury in the superseding
8  indictment with your attorney?
9          THE DEFENDANT:  Yes, sir.
10         THE COURT:  Do you understand the nature of those
11 charges?
12         THE DEFENDANT:  Yes, sir.
13         THE COURT:  You are entitled to have the charges in
14 the superseding indictment read out loud here in open court, or
15 you may waive the reading of those charges.  It's entirely up
16 to you.  What's your preference?
17         THE DEFENDANT:  To waive--waive that right, sir.
18         THE COURT:  All right, sir.  Based upon your
19 statement that you have read the superseding indictment, you
20 have had an opportunity and have discussed it with your lawyer,
21 and you understand the nature of the charges that have been
22 brought against you, I would permit you to waive the reading of
23 the charges.
24         You also are entitled to have a description of the
25 potential penalties that would apply or might apply in the

1  event that you are convicted of the charges that have been
2  brought in the superseding indictment.  Have you had a chance
3  to go over those potential penalties with your lawyer?
4              THE DEFENDANT:  Yes, sir.
5              THE COURT:  Again, you're entitled to have those
6  potential maximum penalties described for you here in open
7  court, unless you waive the reading of those penalties.
8              THE DEFENDANT:  I'll waive the reading, sir.
9              THE COURT:  Very well.  And again, based upon your
10 statement that you have gone over those maximum penalties with
11 your lawyer, you understand what those are, I would permit you
12 to waive the reading of the potential penalties that you face
13 in the event that you are found guilty of the charges brought
14 against you in the superseding indictment.
15             THE DEFENDANT:  Yes, sir.
16             THE COURT:  Then, Mr. Regan, based upon your
17 understanding of the charges and the penalties, let me ask you,
18 sir, how do you plead to the charges in the superseding
19 indictment?  Guilty or not guilty?
20             THE DEFENDANT:  Not guilty, sir.
21             THE COURT:  Very well.  A not-guilty plea will be
22 entered on all charges.
23             Your case, Mr. Regan, has been set for trial on
24 August 19th, 2019, in Lubbock.
25             THE DEFENDANT:  Yes, sir.

1    THE COURT: It will be a jury trial in front of the
2 Honorable Sam Cummings, Senior United States District Judge.
3 Judge Cummings will enter a pretrial scheduling order. A copy
4 of that order will come to your lawyer. He will go over it
5 with you so that you will know--you will be reminded of when
6 the trial date is, and also all the other deadlines and
7 requirements that have to be met in order for your case to be
8 ready to go to trial in front of Judge Cummings on August 19th.
9    Ms. Fielden, is there anything else we need to take
10 up in connection with this matter on behalf of the government?
11    MS. FIELDEN: No, Your Honor.
12    THE COURT: Mr. Zimmerman, anything on behalf of
13 Mr. Regan?
14    MR. ZIMMERMAN: No, Your Honor.
15    THE COURT: Very well. Then this concludes the
16 arraignment in this case. Mr. Regan, you have been in the
17 custody of the United States Marshal, and I remand you back to
18 the custody of the marshal at this time pending your trial
19 setting.
20    THE DEFENDANT: Understood, sir. Thank you.
21    THE COURT: Good luck to you, sir.
22    THE DEFENDANT: Thank you.
23    (END OF HEARING)

```
1        I, Mechelle Daniel, Federal Official Court Reporter in and
    for the United States District Court for the Northern District
2   of Texas, do hereby certify that the foregoing is a correct
    transcript to the best of my ability from a digital sound
3   recording of the proceedings in the above-entitled matter.

4


5    /s/ Mechelle Daniel                 DATE   APRIL 8, 2020

6   MECHELLE DANIEL, CSR #3549
    FEDERAL OFFICIAL COURT REPORTER
7
```

*Transcription From Electronic Recording*
*Mechelle Daniel, FOCR - (806) 744-7667*